UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL R. MARASCO, | ) | Case No.: C 10-3970 PSG |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| MICAHEL J. ASTRUE, | ) | |
| Defendant. | ) | |

According the September 3, 2010 Procedural Order for Social Security Review Actions, Plaintiff was required to file a motion for summary judgment within 30 days of receipt of Defendant's Answer. Defendant's Answer to Amended Complaint was filed on January 20, 2011. No motion for summary judgment has been filed. Accordingly,

IT IS HEREBY ORDERED that the Plaintiff shall show cause why the case should not be dismissed for failure to prosecute. Plaintiff shall show cause in writing no later than August 16, 2011. If Plaintiff does not respond in writing by August 16, 2011, Plaintiff and Defendants shall appear before the court on Tuesday, August 23, 2011 at 2 p.m., and Plaintiff shall show cause why the case should not be dismissed. Failure to appear may result in dismissal of the action.

Dated: 8/4/2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER