UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL R. MARASCO, | ) | Case No.: C 10-3970-PSG |
| Plaintiff, | ) | |
| v. | ) | **ORDER REFERRING PLAINTIFF;** |
| | ) | **ORDER STAYING CASE** |
| MICHAEL J. ASTRUE, Commissioner of Social Security | ) | |
| Defendant. | ) | |

Having held several status conferences with the parties over the course of the past several months, the court is informed of Plaintiff Michael Marasco's ("Marasco") good-faith but unsuccessful effort to retain counsel in this case. The court is further informed that Marasco has requested and is in need of counsel to assist him in the above-captioned matter. Accordingly,

IT IS HEREBY ORDERED that Michael R. Marasco shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF that an attorney has been located to represent Marasco, that attorney shall be appointed as counsel for Marasco in this matter until further order of the Court.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Marasco in this action.

**IT IS SO ORDERED.**

Dated:  December 7, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: 10-3970
ORDER