UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL R. MARASCO, | Case No.: C 10-3970-PSG |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

Because the Plaintiff has requested and is in need of counsel to assist him in this matter and two volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Christopher Tom and David Tsai are hereby appointed as counsel for Michael R. Marasco in this matter. The scope of this representation shall be limited to the parties' motions for summary judgment. The stay previously entered[1] is hereby lifted and the parties shall proceed according to the following.

---

[1] *See* Docket No. 36 (Order Referring Plaintiff; Order Staying Case Until Plaintiff Receives Attorney Appointment).

1

Case No.: 10-3970
ORDER

Plaintiff's motion for summary judgment is to be filed by January 17, 2012. Any opposition is to be filed by February 21, 2012. The reply is to be filed by March 20, 2012. The matter is to be deemed submitted upon filing of the reply.

**IT IS SO ORDERED.**

Dated: December 16, 2011

*[signature]*

PAUL S. GREWAL
United States Magistrate Judge