1   David J. Tsai, Bar No. 244479
    DTsai@perkinscoie.com
2   Christopher T. Tom, Bar No. 271650
    CTom@perkinscoie.com
3   PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
4   San Francisco, CA  94111-4131
    Telephone:  415.344.7000
5   Facsimile:  415.344.7050

6   Attorneys for Plaintiff
    MICHAEL R. MARASCO
7

8   Leo Rufino Montenegro
    Leo.R.Montenegro@ssa.gov
    Social Security Administration
9   Regional Counsel, Region IX
    333 Market Street, Suite 1500
10  San Francisco, CA  94105
    Telephone:  415.977.8943
11  Fascimile:  415.744.0134

12  Attorneys for Defendant
    MICHAEL J. ASTRUE,
13  Commissioner of Social Security

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18

19
    MICHAEL R. MARASCO,                    Case No. C 10-3970
20
                    Plaintiff,             **STIPULATED REQUEST FOR ORDER**
21                                         **EXTENDING TIME AND [~~PROPOSED~~]**
         v.                                **ORDER**
22
    MICHAEL J. ASTRUE, Commissioner of     Judge: Honorable Paul S. Grewal
23  Social Security,

24                  Defendant.

25

26         Pursuant to Civil L.R. 6-2(a), Plaintiff Michael R. Marasco and Defendant Michael J.

27  Astrue, Commissioner of Social Security, by and through their undersigned counsel of record,

28  jointly request that the motion of summary judgment deadlines be extended as set forth herein.

---

1    On Friday, December 16, 2011, the Court appointed *pro bono* counsel for the Plaintiff and

2    ordered Plaintiff's motion for summary judgment to be filed by January 17, 2012, any opposition

3    to be filed by February 21, 2012, and the reply to be filed by March 20, 2012 (Order Appointing

4    Counsel, Dkt. No. 37).  However, given the ensuing holidays, Plaintiff's *pro bono* counsel were

5    not able to meet with Plaintiff until January 3, 2012 and still have not gained access to Plaintiff's

6    sealed administrative records located at the Court.  Plaintiff's *pro bono* counsel need more time to

7    properly prepare Plaintiff's motion for summary judgment.

8    The Parties hereto have conferred and respectfully request that the Court amend the

9    briefing schedule as follows:  (1) plaintiff's motion for summary judgment is to be filed by

10   February 17, 2012; (2) any opposition is to be filed by March 23, 2012; and (3) the reply is to be

11   filed by April 20, 2012.

12   <u>Previous time modifications in the case.</u>  On August 29, 2011, Plaintiff filed a motion to

13   enlarge time for the order to show cause hearing so that he could obtain counsel (Dkt. No. 30),

14   which the Court denied as moot on September 23, 2011 (Dkt. No. 33).  On August 30, 2011, the

15   Court continued the order to show cause to September 20, 2011 (Dkt. No. 31).  At the September

16   20, 2011 hearing, Plaintiff requested additional time to retain counsel, which the Defendant did

17   not oppose.  The Court then set a status conference for October 18, 2011 (Dkt. No. 32).  At the

18   October 18, 2011 status conference, given Plaintiff's inability to retain counsel, the Court set a

19   further status conference for November 15, 2011 (Dkt. No. 34).  At the November 15, 2011 status

20   conference, the Court set the date for Plaintiff to file his motion for summary judgment by

21   December 13, 2011, the opposition to be filed by January 17, 2012, and the reply to be filed by

22   February 14, 2012 (Dkt. No. 35).  On December 7, 2011, the Court referred Plaintiff to the

23   Federal Pro Bono Project and stayed the action "until four weeks from the date an attorney is

24   appointed to represent [Plaintiff]" (Dkt. No. 36).

25   THE PARTIES HEREBY STIPULATE AS FOLLOWS:

26   1.  Plaintiff's motion for summary judgment shall be filed by February 17, 2012.

27   2.  Any opposition brief shall be filed by March 23, 2012.

28   3.  The reply shall be filed by April 20, 2012.

1    The Declaration of David J. Tsai is filed herewith in compliance with Civil L.R. 6-2(a).

2    The Parties do not anticipate that the requested modification of the briefing schedule will affect

3    other deadlines in this case.

4

5    DATED:  January 5, 2012

6

7                                        PERKINS COIE LLP

8
                                         By:  /s/ David J. Tsai
9                                             David J. Tsai
                                             Christopher T. Tom
10
                                         Attorneys for Plaintiff
11                                       MICHAEL R. MARASCO

12

13                                       SOCIAL SECURITY ADMINISTRATION

14
                                         By:  /s/ Leo Rufino Montenegro
15                                            Leo Rufino Montenegro

16                                       Attorneys for Defendant
                                         MICHAEL J. ASTRUE,
17                                       Commissioner of Social Security

18

19   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21   Dated: Icpwct{'; , 2012                  _____
                                              Hon. Paul S. Grewal
22                                            United States Magistrate Judge

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER EXTENDING TIME AND
[PROPOSED] ORDER                                    Case No. C 10-3970 PSG

1

**FILER'S ATTESTATION**

2      I, David J. Tsai, am the ECF user whose ID and password are being used to file this

3  STIPULATED REQUEST FOR ORDER EXTENDING TIME AND [PROPOSED] ORDER.  In

4  compliance with General Order No. 45, Section X.B., I hereby attest that concurrence in the filing

5  of this doucment has been obtained from Leo Rufino Montenegro, counsel for Defendant.

6

7  DATED:  January 5, 2012              PERKINS COIE LLP

8

                                        By: */s/ David J. Tsai*
9                                           David J. Tsai

10                                      Attorneys for Plaintiff
                                        MICHAEL R. MARASCO
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -
STIPULATED REQUEST FOR ORDER EXTENDING TIME AND
[~~PROPOSED~~] ORDER                                      Case No. C 10-3970 PSG